IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER MICHAEL LESTER,                                                PLAINTIFF
ADC #101939

v.                             No. 5:14CV00099-JLH-JTK

BRADFORD J. PHELPS, et al.                                                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney and the objections filed by the plaintiff. After a *de novo* review, the Court adopts the proposed findings and recommendations. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint against defendants is DISMISSED for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

4. All other pending motions are DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 16th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE