# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHRISTOPHER MICHAEL LESTER,  PLAINTIFF
ADC #101939

v.  No. 5:14CV00099-JLH-JTK

BRADFORD J. PHELPS, et al.  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 16th day of May, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE